# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

ELMER R. STOCKER, : CIVIL ACTION

    Plaintiff, :

       v. :

MICHAEL CHERTOFF, :
Secretary, Department
of Homeland Security, :

    Defendant. : NO. CV205-010

## O R D E R

Plaintiff filed the above captioned action on January 18, 2005. On June 13, 2005, Defendant filed a motion to dismiss for failure to comply with Federal Rule of Civil Procedure 4(m).

By Order dated July 12, 2005, the Court ordered Plaintiff to show cause in writing within ten (10) days from the date of entry of the Order why the Court should not dismiss this action for failure to comply with Federal Rule of Civil Procedure

4(m). Plaintiff was advised that failure to respond would result in the action being dismissed with prejudice.

A district court is authorized, on defendant's motion, to dismiss an action for failure to prosecute or to obey a court order or federal rule. Fed. R. Civ. P. 41(b); <u>Goforth v. Owens</u>, 766 F.2d 1533, 1535 (11th Cir. 1985) (holding that district court's power to dismiss action under Rule 41(b) for failure to obey court order is inherent aspect of its authority to enforce its orders).

Plaintiff has failed to respond as ordered by the Court. Thus, Defendant's motion to dismiss (Doc. No. 6) is **GRANTED AS UNOPPOSED**. Accordingly, the Clerk of Court is directed to enter appropriate judgment of dismissal accordingly.

**SO ORDERED**, this \_\_\_28\_\_\_ day of July, 2005.

                                            /s/ Anthony A. Alaimo
                                        JUDGE, UNITED STATES DISTRICT COURT
                                        SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)

# United States District Court
## Southern District of Georgia

ATTORNEYS SERVED:

D. Bennett
R. Spalding

CASE NO: CV205-10
DATE SERVED: 7/29/05
SERVED BY: slt

☐ Copy placed in Minutes
☐ Copy given to Judge
☒ Copy given to Magistrate